UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your petition has been filed as civil case number CV 08 3028 VRW (PR)

✓ A filing fee of $5.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee.

Your petition is deficient because you did not pay the filing fee and:

1. _____ you did not file an In Forma Pauperis Application.

2. ✓ the In Forma Pauperis Application you submitted is insufficient because:

   _____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   _____ Your In Forma Pauperis Application was not completed in its entirety.

   _____ You did not sign your In Forma Pauperis Application.

   _____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ✓ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   _____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether prepayment of the filing fee should be waived.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____
Deputy Clerk

rev. 11/07

COTTONHAM

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §1983**

Name  COTTONHAM,    MARK         A
      (Last)        (First)      (Initial)

Prisoner Number # 2326138   S.F. County Jail

Institutional Address  850 BRYANT ST SAN FRANCISCO CA 94103 County Jail 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Mark Cottonham
(Enter the full name of plaintiff in this action.)

CV 08 3029

vs.

San Francisco City & County
The Center For Special Problems
Employee, Andreas Schmitz
Employee Matt Foley
(Enter the full name of the defendant(s) in this action)

Case No. _____
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
Title 42 U.S.C § 1983

(PR)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I. Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement  County Jail 1 San Fran C.A

B. Is there a grievance procedure in this institution?
   YES (✓)   NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?
   YES (✓)   NO ( )

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                              - 1 -

RECEIVED
JUL 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1. Informal appeal I Fill out A GRIEVANCE FORM ON 4-3-08 with NO ANSWER

2. First formal level I FIll OUT A TORT FORM with SAN FRANCISCO CITY & COUNTY with NO ANSWER

3. Second formal level, I INFORMED THE F.B.I STILL WAITING FOR THERE RESPOUNS

4. Third formal level I REPORTED it TO U.S DEPARTMENT OF HEALTH AND HUMAN SERVICES 200 INDEPENDENCE AVE Washington DC.

E. Is the last level to which you appealed the highest level of appeal available to you?

    YES (✓)    NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why._____

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

MARK Cottonham #232638 850 Bryant St. S.F. CA 94103
MARK Cottonham 670 Thornton AVE SAN FRAN. CA 94124

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

ANDREAS Schmitz, MARRIAGE AND family Therapist (M.F.T)

COMPLAINT        - 2 -

1  1700 JACKSON St. SAN FRAN. CA CENTER FOR SPECIAL PROBLEM
2  MATT FOLE. M.FT TRAINEE CENTER FOR SPECIAL PROBLEMS
3  1700 JACKSON St. SAN FRAN. CA 94110
4
5  III.    Statement of Claim.
6  State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.
10  ON 5-18-08 I WAS MADE TO GO TO the CENTER FOR SPECIAL
11  PROBLEM (C.S.P). By the PROBATION DEPT. ON 4-1-08
12  The C.S.P BROKE PATIENT DOCTOR CONFIDENTIALITY
13  (HIPAA) By REVILLING WHAT WAS SAID IN A 3½ hour
14  INTERVIEW, TO MY PROBATION OFFICER, which CAUSE ME
15  TO BE PUT IN CUSTODY, THE C.S.P TOOK PARTS OF
16  MY 3½ INTAKE INTERVIEW OUT OF CONTEXT, ALSO
17  TRYED TO SAY I WAS EVASIVE, AND ARGUMENTATIVE
18  Also THREATENING. BUT IF I WAS SO THREATENING
19  Why DID THEY(CSP) GIVE ME A LETTER of COMPLENTION
20  AND A RETURN APPOINTMENT, THEY TOLD THE PROBATION
21  ABOUT EVERY THING I SAID IN CONFIDENT, DIDN'T EVEN TELL
22  ME That what I WAS SAYING WOULD BE HELD AGIST ME IN A COURT
        OF LAW!
23  IV.   Relief.
24  Your complaint cannot go forward unless you request specific relief. State briefly exactly
25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26  I WANT MONIETARY COMPENSATION I LOST A APARTMENT FULL
27  OF MY STUFF. Also I'VE BEEN IN JAIL FOR 70 DAYS NOW
28  I, WOULD LIKE THE COURTS TO GRANT ME $100.00 A DAY FOR

COMPLAINT                    - 3 -

|   |   |
|---|---|
| 1 | My Time in Custody and or to be released |
| 2 | from custody. |
| 3 | |
| 4 | |
| 5 |     I declare under penalty of perjury that the foregoing is true and correct. |
| 6 | |
| 7 |     Signed this _15_ day of _JUNE_, 20_08_ |

1  My Time in Custody and or to be released
2  from custody.
3
4
5      I declare under penalty of perjury that the foregoing is true and correct.
6
7      Signed this __15__ day of __JUNE__, 20__08__
8
9      ___[signature]___
10                         (Plaintiff's signature)

COMPLAINT - 4 -