FILED
JUN 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VRW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARK COTTONHAM

    Plaintiff,

vs.

SAN FRANCISCO City & County
CENTER FOR SPECIAL PROBLEM
Employee ANDREAS SCHMITZ Defendant.
Employee MATT FOLCY

CV 08 3029

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, MARK COTTONHAM, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____   - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _____2000, GMG JAMITORL_____
4  _____2145 PAUL ST SAN FRAN. C-A 94124_____
5  _____

6  2.   Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8        a.   Business, Profession or              Yes ___ No ✓
9             self employment                                       ✓
10       b.   Income from stocks, bonds,           Yes ___ No ✓
11            or royalties?
12       c.   Rent payments?                       Yes ___ No ✓
13       d.   Pensions, annuities, or              Yes ___ No ✓
14            life insurance payments?
15       e.   Federal or State welfare payments,   Yes ___ No ✓
16            Social Security or other govern-
17            ment source?
18 If the answer is "yes" to any of the above, describe each source of money and state the amount
19 received from each.
20 _____
21 _____
22 3.   Are you married?                           Yes ___ No ✓
23 Spouse's Full Name: _____
24 Spouse's Place of Employment: _____
25 Spouse's Monthly Salary, Wages or Income:
26 Gross $____—0—____ Net $____—0—____
27 4.   a.   List amount you contribute to your spouse's support : $ ____—0—____
28       b.   List the persons other than your spouse who are dependent upon you for support
PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____              - 2 -

1  and indicate how much you contribute toward their support. (NOTE: For minor
2  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3  _____
4  _____
5  5.     Do you own or are you buying a home?          Yes ____ No ✓
6  Estimated Market Value: $ —0—  Amount of Mortgage: $ —0—
7  6.     Do you own an automobile?                     Yes ____ No ✓
8  Make __—0—__  Year __—0—__  Model __—0—__
9  Is it financed? Yes ____ No ✓  If so, Total due: $ _____
10 Monthly Payment: $ _____
11 7.     Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)
12 Name(s) and address(es) of bank: _____
13 _____
14 Present balance(s): $ _____
15 Do you own any cash? Yes ____ No ✓ Amount: $ —0—
16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17 market value.)  Yes ____ No ✓
18 _____
19 8.     What are your monthly expenses?
20 Rent: $ ___N/A___  Utilities: ___N/A___
21 Food: $ ___N/A___  Clothing: ___N/A___
22 Charge Accounts:
23 Name of Account        Monthly Payment        Total Owed on This Acct.
24 ___N/A___         $ ___N/A___         $ ___N/A___
25 ___N/A___         $ ___N/A___         $ ___N/A___
26 _____        $ _____        $ _____
27 9.     Do you have any other debts? (List current obligations, indicating amounts and to whom
28 they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____        - 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?                    Yes ____ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6-15-08                             [signature]
DATE                                SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____                - 4 -

1
2                                             Case Number: _____
3
4
5
6
7
8
9                           **CERTIFICATE OF FUNDS**
10                                          **IN**
11                             **PRISONER'S ACCOUNT**
12
13      I certify that attached hereto is a true and correct copy of the prisoner's trust account
14  statement showing transactions of _MARK Cottonham_ for the last six months at
15                                      [prisoner name]
16  _850 Bryant St County Jail_ where (s)he is confined.
    _SAN FRAN. C.A 94103_
17                  [name of institution]
18      I further certify that the average deposits each month to this prisoner's account for the most
19  recent 6-month period were $ _200.00_ and the average balance in the prisoner's account
20  each month for the most recent 6-month period was $ _500.00_.
21
22  Dated: _6-15-08_                            _____
23                                              [Authorized officer of the institution]
24
25
26
27
28

Date : 05/12/2008
Time : 08:16

## Account Activity Ledger
From: 04/02/2008 To: 05/12/2008

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| ID 2326138 | Name COTTONHAM, MARK | | | Block | | | Previous Balance | | 0.00 |
| intake | 04/02/2008 | 13:05 | B#279350 | 819124 | D | | 735.18 | | 735.18 |
| Sales Transaction | 04/09/2008 | 04:10 | I#302043 | | I | 80.92 | | | 654.26 |
| Sales Transaction | 04/16/2008 | 04:55 | I#303739 | | I | 68.97 | | | 585.29 |
| PROP. REL. FORM. | 04/17/2008 | 10:34 | B#282661 | 826369 | W | | | -500.00 | 85.29 |
| Sales Transaction | 04/23/2008 | 05:11 | I#305021 | | I | 63.40 | | | 21.89 |
| Sales Transaction | 04/30/2008 | 05:24 | I#306249 | | I | 17.10 | | | 4.79 |
| SHIRLEY COTTONHAM CD | 05/02/2008 | 15:44 | B#285957 | 833632 | D | | 500.00 | | 504.79 |
| Sales Transaction | 05/07/2008 | 05:20 | I#307500 | | I | 92.71 | | | 412.08 |
| Sales Transaction | 05/08/2008 | 02:40 | I#307678 | | I | -92.71 | | | 504.79 |
| CDL G0560650 S COTTO | 05/09/2008 | 09:46 | B#287591 | 837206 | D | | 540.00 | | 1044.79 |

Deposits   3 For $   1,775.18
Withdraws  1 For $   -500.00
Invoices   6 For $   230.39

Page : 1