**FILED**

JUL - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

*MARK Cottonham*

Plaintiff,

vs.

*San Francisco City 3 County*
*The Center For Special Problem*
*Employee Andreas Schmitz* Defendant.
*Employee Matt Foley*

**CV 08      3029**

CASE NO. _____

**VRW**

**PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS**

**(PR)**

I, *MARK Cottonham*, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes _____ No _✓_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____    Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.   (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  _____

5  _____

6  _____

7  2.      Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9      a.      Business, Profession or                    Yes ____ No ____

10             self employment

11     b.      Income from stocks, bonds,                 Yes ____ No ____

12             or royalties?

13     c.      Rent payments?                             Yes ____ No ____

14     d.      Pensions, annuities, or                    Yes ____ No ____

15             life insurance payments?

16     e.      Federal or State welfare payments,         Yes ____ No ____

17             Social Security or other govern-

18             ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.      Are you married?                              Yes ____ No ____

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ Net $_____

28  4.      a.      List amount you contribute to your spouse's support:$ _____

1    b.    List the persons other than your spouse who are dependent upon you for

2         support and indicate how much you contribute toward their support.  (NOTE:

3         For minor children, list only their initials and ages.  DO NOT INCLUDE

4         THEIR NAMES.).

5    _____

6    _____

7    5.    Do you own or are you buying a home?         Yes ____  No __✓__

8    Estimated Market Value: $____−O−____  Amount of Mortgage: $_____

9    6.    Do you own an automobile?                   Yes ____  No __✓__

10   Make _____ Year _____ Model _____

11   Is it financed? Yes _____ No _____ If so, Total due: $_____

12   Monthly Payment: $_____

13   7.    Do you have a bank account?  Yes _____  No __✓__ (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____

15   _____

16   Present balance(s):  $_____

17   Do you own any cash?  Yes ____  No __✓__ Amount:  $_____

18   Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

19   market value.)   Yes ____  No __✓__

20   _____

21   8.    What are your monthly expenses?

22   Rent: $_____  Utilities: _____

23   Food: $_____  Clothing: _____

24   Charge Accounts:

25   Name of Account          Monthly Payment          Total Owed on This Acct.

26   _____     $___−O−___     $___−O−___

27   _____     $___−O−___     $___O___

28   _____     $___O___      $___O___

1   9.    Do you have any other debts? (List current obligations, indicating amounts and to

2   whom they are payable. Do not include account numbers.)

3   _____N A_____

4   _____

5   10.    Does the complaint which you are seeking to file raise claims that have been presented

6   in other lawsuits?   Yes ____ No ✓

7   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8   which they were filed.

9   _____

10  _____

11          I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13          I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16  6-21-08                    _____

17          DATE                       SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

SF #377495

Case Number: CV 08 3029

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account

statement showing transactions of MARK A Cottonham for the last six months
[prisoner name]

San Francisco Co Jail where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the

most recent 6-month period were $ 662.84 and the average balance in the prisoner's

account each month for the most recent 6-month period was $ 324.92 .

Dated: 7/1/8

_____
[Authorized officer of the institution]

TRUST OFFICE
SAN FRANCISCO SHERIFF'S DEPT.
425 SEVENTH ST.
SAN FRANCISCO, CA 94103

- 5 -



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



RECEIVED

JUL - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**BUSINESS REPLY MAIL**

FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680