IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK A. COTTONHAM,

        Petitioner,

   v.

CITY & COUNTY OF SAN FRANCISCO, et al.,

        Respondent(s).

No. CV-08-3029 VRW (PR)

**JUDGMENT IN A CIVIL CASE**

E-Filing

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that the complaint is DISMISSED under the authority of 28 USC § 1915A(b).

Dated: July 21, 2008

Richard W. Wieking, Clerk

By: Frank Justiliano
Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARK COTTONHAM,

        Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO
et al,

        Defendant.

Case Number: CV08-03029 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mark A. Cottonham 2326138
County Jail 1
SF #377495
850 Bryant Street
Hall of Justice
San Francisco, CA 94103

Dated: July 22, 2008

                              Richard W. Wieking, Clerk
                              By: Frank Justiliano, Deputy Clerk