C08-3419 VRW
C08-3029 VRW ✓
C08-3028 VRW

7-20-08

To the Clerk of the U.S District Court
My name is Mark A. Cottonham and on July 1 2008 all of my Court Papers that I've recieved from the U.S. District Court was taken, Right now I've got 3 diffrent application with the U.S District Courts

① Case No. CV.08 3419 Filed July 16, 2008 - I got this one but the other two the Sheriff took. One was a Habeas Croupus and the other was a 1983 Form -

The Habeas Croupus was agist the San Francisco County Jail 850 Bryant St San Fran. The other was a 1983 Form and that was agist the San Francisco Police Dept Also the Sherif Dept for Entering my home with out a warrent and Charging me with 6 counts of Resting Arrest

Can you Please Send me a Copy of thoses two forms that I filed with you back in May & June Please

Mark A. Cottonham # 2326138
850 Bryant Street
San Francisco CA 94103



Mark Cottonham #232613V
850 Bryant St
San Francisco CA 94103

To The Clerk of US District Court
450 Golden Gate Ave
San Francisco CA 94102-